**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:      TARIK NASIR                : Bankruptcy No. 26-10914
                                       :
                                       :
          DEBTOR                       :   Chapter 13

<u>**CERTIFICATION OF SERVICE**</u>

I, Zachary Perlick, Esquire, attorney for the Debtor in the above-captioned matter, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

· Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 5/7/26                 <u>/Zachary Perlick/</u>
                             Zachary Perlick, Esquire
                             1420 Walnut Street, Suite 718
                             Philadelphia, PA  19102
                             (215) 569-2922
                             zack@zacharyperlicklaw.com

---

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

MATTHEW K. FISSEL
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
bkgroup@kmllawgroup.com
Creditor

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ Other:

Tarik Dawud Nasir
1508 W Seybert Street
Philadelphia, PA 19121
Debtor

Via: __CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ Other:

All creditors listed on attached page

Via: __CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ Other:

**Avail Holding**
2100 Ponce De Leon Blvd Suite 720
Coral Gables, FL 33134

(15111174)
(cr)

**AVAIL HOLDING LLC**
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106

(15129406)
(ntcapr)

**AVAIL HOLDING LLC.**
c/o Matthew Fissel,Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

(15129540)
(ntcapr)

**Capital One**
PO BOX 31293
SALT LAKE CITY, UT 84131

(15111173)
(cr)

**Capital One Bank, N.A./Kohl's**
P.O. Box 31293
Salt Lake City, UT 84131

(15127723)
(cr)

**City of Philadelphia**
Law Department, Enforecment Div.
1515 Arch Street, 15th Fl.
Philadelphia, PA 19102-1508

(15127724)
(cr)

**DPT ED/AIDV**
PO BOX 300001
GREENVILLE, TX 75403

(15111175)
(cr)

**Higher ED Loan Authority of MO on behalf of**
ECMC
PO BOX 16408
St Paul, MN 55116-0408

(15123909)
(cr)

**Higher Education Loan/Mohela**
ECMC
POB 16408
Saint Paul, MN 55116-0408

(15127725)
(cr)

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

(15127726)
(cr)

**Jefferson Capital Systems, LLC**
PO BOX 772813
Chicago IL 60677-2813

(15130264)
(cr)

**Jefferson Capital Systems, LLC**
POB 7999
Saint Cloud, MN 56302-9617

(15127727)
(cr)

**Jefferson Capital Systems, LLC**
PO BOX 7999
SAINT CLOUD, MN 56302-9617

(15129982)
(cr)

**NAVIENT**
PO BOX 9500
WILKES BARRE, PA 18773

(15111176)
(cr)

**Navient Solutions, LLC on behalf of**
Department of Education Loan Services
POB 9500
Wilkes Barre, PA 18773-9635

(15127728)
(cr)

**P.G.W.**
800 W. Montgomery Ave.
Philadelphia, PA 19122-0050

(15127729)
(cr)

**PA Department of Revenue**
Bureau of Compliance
Dept. 280946
Harrisburg, PA 17128-0946

(15127730)
(cr)

**PENN Credit Corp.**
2800 Commerce Drive
Harrisburg, PA 17110

(15127731)
(cr)

**Penn Credit Corporation**
2800 Commerce Dr,
Harrisburg, PA 17110

(15111178)
(cr)

**Pennsylvania Department of Revenue**
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

(15128628)
(cr)

**Philadelphia Dept. of Revenue**
P.O. Box 148
Philadelphia, PA 19105

(15111177)
(cr)

**Planet Home Lending, LLC**
321 Research Pkwy #303
Meriden, CT 06450

(15139663)
(cr)

**T-Mobile/ T-Mobile USA**
AIS Infosource, LP
4515 Santa Fe Ave.
Oklahoma City, OK 73118

(15127733)
(cr)