## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

**IN RE:**   **Tarik Dawud Nasir**                    :              **Chapter  13**
                                                      :
         **Debtor**                                   :              **26-10914-DJB**

## O R D E R

   **AND NOW**, upon consideration of  Motion for In Rem Relief from Stay and Co-Debtor Stay filed by AVAIL HOLDING LLC
_____ ("the
Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it
is hereby **ORDERED** that:

1.  The request for an expedited hearing is **GRANTED** as set forth herein.

2.  A hearing to consider the Motion shall be held on _____ **May 28**__, **2026**,
    at _____ **11:00  a..m.**  (the "Hearing").  The Hearing will be conducted in the
    following formats:

☒ Video Conference using the following link. If no link is provided, the video conference link
will be included on the hearing calendar.  On website  ZoomGov.com  with  Join Meeting  ID  161 0657 4791
☒ In-Person **at** __Courtroom #2____, **in the United States Bankruptcy Court, Robert N.C.
Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107**.

The Hearing on this Motion will be an evidentiary hearing.

3.  Written objections or other responsive pleadings to the Motion (while not required) may be
    filed up to the time of the hearing and all objections will be considered at the hearing.

4.  The Movant(s) shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if
    any), the individual Respondent(s) (if any), all secured creditors and all parties otherwise
    requesting notice by overnight mail, facsimile transmission or e-mail transmission no later
    than 5:00 p.m. on _May 12, 2026_____.
    Service made to each party identified above through the court's CM/ECF system is effective.

5.  The Movant(s) shall serve this Order and a Notice of the Motion in conformity with Local
    Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail
    no later than 5:00 p.m. on _May 12, 2026_____.

6.  The Movant shall file a Certification of Service as required by Local Rule 9014-4.

**Date:**   **May 12, 2026**
         _____                    _____
                                          **DEREK J. BAKER**
                                          **U.S. BANKRUPTCY JUDGE**