**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:　　　　TARIK DAWUD NASIR　　　　: CHAPTER 13
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　DEBTOR　　　　　　　　: BANKRUPTCY NO. 26-10914

NOTICE OF RESCHEDULED CREDITORS MEETING AND
CERTIFICATE OF SERVICE

　　　　Notice is hereby given that the above named debtor's Creditor's Meeting

has been rescheduled to July 31, 2026 at 1:00 P.M.  The Meeting will be held via

zoom.

　　　　A copy of this Notice is being served on all creditors and the Chapter 13 Trustee.

Dated: 5/18/26　　　　　　　　　　BY:　/Zachary Perlick/
　　　　　　　　　　　　　　　　　　　Zachary Perlick, Esquire
　　　　　　　　　　　　　　　　　　　1420 Walnut Street, Suite 718
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19102
　　　　　　　　　　　　　　　　　　　(215) 569-2922

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address.
Continue to the next page if necessary.)

MATTHEW K. FISSEL
MAGGIE S SOBOLESKI
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
610-322-5608
bkgroup@kmllawgroup.com
msoboleski@kmllawgroup.com
Creditor

Via: X CM/ECF　____1st Class Mail __Certified Mail _____e-mail:_____ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701
Philadelphia, PA 19106

Via: X CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____   Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF    ___1st Class Mail __Certified Mail _____e-mail:_____  Other:

Tarik Dawud Nasir
1508 W Seybert Street
Philadelphia, PA 19121
Debtor

Via: ___CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the list below

Via: ___CM/ECF  X_1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

**Avail Holding**
2100 Ponce De Leon Blvd Suite 720
Coral Gables, FL 33134

(15111174)
(cr)

**AVAIL HOLDING LLC**
C/O KML Law Group
701 Market Street Suite 5000
Philadelphia, PA. 19106

(15129406)
(ntcapr)

**AVAIL HOLDING LLC.**
c/o Matthew Fissel,Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532

(15129540)
(ntcapr)

**Avail Holding, LLC**
2100 Ponce DeLeon Blvd.
Suite 720
Miami, FL 33134

(15127722)
(cr)

**Capital One**
PO BOX 31293
SALT LAKE CITY, UT 84131

(15111173)
(cr)

**Capital One Bank, N.A./Kohl's**
P.O. Box 31293
Salt Lake City, UT 84131

(15127723)
(cr)

**City of Philadelphia**
Law Department, Enforecment Div.
1515 Arch Street, 15th Fl.
Philadelphia, PA 19102-1508

(15127724)
(cr)

**DPT ED/AIDV**
PO BOX 300001
GREENVILLE, TX 75403

(15111175)
(cr)

**Higher ED Loan Authority of MO on
behalf of**
ECMC
PO BOX 16408
St Paul, MN 55116-0408

(15123909)
(cr)

**Higher Education Loan/Mohela**
ECMC
POB 16408
Saint Paul, MN 55116-0408

(15127725)
(cr)

(15127726)

**Internal Revenue Service**
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

(cr)

**Jefferson Capital Systems, LLC**
PO BOX 772813
Chicago IL 60677-2813

(15130264)
(cr)

**Jefferson Capital Systems, LLC**
POB 7999
Saint Cloud, MN 56302-9617

(15127727)
(cr)

**Jefferson Capital Systems, LLC**
PO BOX 7999
SAINT CLOUD, MN 56302-9617

(15129982)
(cr)

**NAVIENT**
PO BOX 9500
WILKES BARRE, PA 18773

(15111176)
(cr)

**Navient Solutions, LLC on behalf of**
Department of Education Loan Services
POB 9500
Wilkes Barre, PA 18773-9635

(15127728)
(cr)

**P.G.W.**
800 W. Montgomery Ave.
Philadelphia, PA 19122-0050

(15127729)
(cr)

**PA Department of Revenue**
Bureau of Compliance
Dept. 280946
Harrisburg, PA 17128-0946

(15127730)
(cr)

**PENN Credit Corp.**
2800 Commerce Drive
Harrisburg, PA 17110

(15127731)
(cr)

**Pennsylvania Department of Revenue**
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

(15128628)
(cr)

**Philadelphia Dept. of Revenue**
P.O. Box 148
Philadelphia, PA 19105

(15111177)
(cr)

**Planet Home Lending, LLC**
321 Research Pkwy #303
Meriden, CT 06450

(15139663)
(cr)

**T-Mobile/ T-Mobile USA**
AIS Infosource, LP
4515 Santa Fe Ave.
Oklahoma City, OK 73118

(15127733)
(cr)