**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: Tarik Dawud Nasir | | | |
| | Debtor(s) | | CHAPTER 13 |
| AVAIL HOLDING LLC | | | |
| | Movant | | |
| vs. | | | |
| Tarik Dawud Nasir | | | NO. 26-10914 DJB |
| | Debtor(s) | | |
| Lesley Nasir | | | |
| | Co-Debtor(s) | | |
| | | | |
| Kenneth E. West | | | 11 U.S.C. Sections 362 and 1301 |
| | Trustee | | |

**ORDER**

AND NOW, this          day of                    , 2026 at the evidentiary hearing held on May 28, 2026 in Courtroom  #2:

It is ORDERED that the Movant's Motion for In Rem Relief from the Automatic Stay is DENIED subject to the following conditions:

   a.   Debtor shall make a $10,000 payment to Movant via certified check sent to the address to by provided no later than May 29, 2026;

   b.   Debtor shall thereafter, beginning in June, make $5,000 monthly payments by the last day of the next month and each month thereafter until the Property is sold;

   c.   The $5,000 monthly payments shall be applied to the outstanding loan balance as of the date of the petition.

   d.   Debtor shall amend its plan to state that the Property shall be sold by September 30, 2026 and the loan shall be paid in full at that time;

   e.   Any delinquent real estate taxes shall be paid at the time of the sale of the Property;

   f.   Debtor shall, at his own cost, procure property insurance on or before July 1, 2026.

If the Debtor defaults upon any of the above-stated conditions, Movant shall file a Certification of Default and the Court shall immediately enter an Order granting In Rem Relief from the Automatic Stay.

_____
Derek J. Baker,
United States Bankruptcy Judge.

**Date: June 30, 2026**