United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 26-10914-djb |
|---|---|
| Tarik Dawud Nasir | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jun 30, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 02, 2026:**

**Recip ID              Recipient Name and Address**
db                    +  Tarik Dawud Nasir, 1508 W Seybert Street, Philadelphia, PA 19121-4306

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 02, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 30, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Creditor AVAIL HOLDING LLC msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com |
| MATTHEW K. FISSEL | on behalf of Creditor AVAIL HOLDING LLC bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Tarik Dawud Nasir Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 5

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Tarik Dawud Nasir <br><br>        Debtor(s) | CHAPTER 13 |
| AVAIL HOLDING LLC <br>        Movant <br>    vs. <br>Tarik Dawud Nasir <br>        Debtor(s) <br>Lesley Nasir <br>        Co-Debtor(s) | NO. 26-10914 DJB |
| Kenneth E. West <br>        Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this          day of                  , 2026 at the evidentiary hearing held on May 28, 2026 in Courtroom  #2:

It is ORDERED that the Movant's Motion for In Rem Relief from the Automatic Stay is DENIED subject to the following conditions:

a.  Debtor shall make a $10,000 payment to Movant via certified check sent to the address to by provided no later than May 29, 2026;

b.  Debtor shall thereafter, beginning in June, make $5,000 monthly payments by the last day of the next month and each month thereafter until the Property is sold;

c.  The $5,000 monthly payments shall be applied to the outstanding loan balance as of the date of the petition.

d.  Debtor shall amend its plan to state that the Property shall be sold by September 30, 2026 and the loan shall be paid in full at that time;

e.  Any delinquent real estate taxes shall be paid at the time of the sale of the Property;

f.  Debtor shall, at his own cost, procure property insurance on or before July 1, 2026.

If the Debtor defaults upon any of the above-stated conditions, Movant shall file a Certification of Default and the Court shall immediately enter an Order granting In Rem Relief from the Automatic Stay.

_____
Derek J. Baker,
United States Bankruptcy Judge.

**Date: June 30, 2026**