**LOCAL BANKRUPTCY FORM 1007-1(c)**
**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF**
**PENNSYLVANIA**

IN RE:      Tarik Nasir

                                              : CHAPTER 13
          Debtor(s)                           :
                                              : CASE NO.  26-10914
                                              :
                                              :

**CERTIFICATION OF NO PAYMENT ADVICES**
**pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

I, _Tarik Nasir_ hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), from any source of employment. I further certify that I received no payment advices during that period because:

___ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

___ I have received no regular income other than Social Security throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

_✓_ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

___ I did not receive payment advices due to factors other than those listed above. (Please explain)

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my knowledge and belief.

Dated: 6/10/26                    _____
                                          Debtor