**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | TARIK DAWUD NASIR | : CHAPTER 13 |
| | | : |
| | | : |
| | DEBTOR | : BANKRUPTCY NO. 26-10914 |

NOTICE OF RESCHEDULED CREDITORS MEETING AND
CERTIFICATE OF SERVICE

Notice is hereby given that the above named debtor's Creditor's Meeting has been rescheduled to September 25, 2026 at 9:15 A.M. The Meeting will be held via zoom.

A copy of this Notice is being served on all creditors and the Chapter 13 Trustee.

Dated: 9/9/26

BY: /Zachary Perlick/_
Zachary Perlick, Esquire
1420 Walnut Street, Suite 718
Philadelphia, PA 19102
(215) 569-2922

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

MATTHEW K. FISSEL
MAGGIE S SOBOLESKI
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106
610-322-5608
bkgroup@kmllawgroup.com
msoboleski@kmllawgroup.com
Creditor

Via: X CM/ECF ___1st Class Mail __Certified Mail _____e-mail:_____ Other:

KENNETH E. WEST, Esquire
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West Suite 701

Philadelphia, PA 19106

Via: X CM/ECF ____1st Class Mail __Certified Mail _____e-mail:_____ Other:

Office of the United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Via: X CM/ECF ____1st Class Mail __Certified Mail _____e-mail:_____ Other:

Tarik Dawud Nasir
1508 W Seybert Street
Philadelphia, PA 19121
Debtor

Via: ___CM/ECF X__1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

All creditors on the list below

Via: ___CM/ECF X__1st Class Mail __Certified Mail _____e-mail:_____ __ Other:

| | |
|---|---|
| **AVAIL HOLDING LLC**<br>C/O KML Law Group<br>701 Market Street Suite 5000<br>Philadelphia, PA. 19106 | (15129406)<br>(ntcapr) |
| **AVAIL HOLDING LLC.**<br>c/o Matthew Fissel,Esquire<br>KML Law Group, P.C.<br>701 Market Street, Suite 5000<br>Philadelphia, PA 19106-1532 | (15129540)<br>(ntcapr) |
| **Avail Holding, LLC**<br>2100 Ponce DeLeon Blvd.<br>Suite 720<br>Miami, FL 33134 | (15127722)<br>(cr) |
| **Capital One**<br>PO BOX 31293<br>SALT LAKE CITY, UT 84131 | (15111173)<br>(cr) |
| **Capital One Bank, N.A./Kohl's**<br>P.O. Box 31293<br>Salt Lake City, UT 84131 | (15127723)<br>(cr) |
| **City of Philadelphia**<br>Law Department, Enforecment Div.<br>1515 Arch Street, 15th Fl.<br>Philadelphia, PA 19102-1508 | (15127724)<br>(cr) |
| **City of Philadelphia Law Department**<br>Tax Litigation and Collections Unit<br>1401 John F. Kennedy Blvd., 5th floor<br>Philadelphia, PA 19102 | (15179801)<br>(cr) |
| **DPT ED/AIDV**<br>PO BOX 300001<br>GREENVILLE, TX 75403 | (15111175)<br>(cr) |
| **Higher ED Loan Authority of MO on behalf of**<br>ECMC<br>PO BOX 16408<br>St Paul, MN 55116-0408 | (15123909)<br>(cr) |
| **Internal Revenue Service**<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (15127726)<br>(cr) |

| | |
|---|---|
| **Jefferson Capital Systems, LLC**<br>POB 7999<br>Saint Cloud, MN 56302-9617 | (15127727)<br>(cr) |
| **Jefferson Capital Systems, LLC**<br>PO BOX 772813<br>Chicago IL 60677-2813 | (15130264)<br>(cr) |
| **NAVIENT**<br>PO BOX 9500<br>WILKES BARRE, PA 18773 | (15111176)<br>(cr) |
| **Navient Solutions, LLC on behalf of**<br>Department of Education Loan Services<br>POB 9500<br>Wilkes Barre, PA 18773-9635 | (15127728)<br>(cr) |
| **P.G.W.**<br>800 W. Montgomery Ave.<br>Philadelphia, PA 19122-0050 | (15127729)<br>(cr) |
| **PA Department of Revenue**<br>Bureau of Compliance<br>Dept. 280946<br>Harrisburg, PA 17128-0946 | (15127730)<br>(cr) |
| **PENN Credit Corp.**<br>2800 Commerce Drive<br>Harrisburg, PA 17110 | (15127731)<br>(cr) |
| **Penn Credit Corporation**<br>2800 Commerce Dr,<br>Harrisburg, PA 17110 | (15111178)<br>(cr) |
| **Pennsylvania Department of Revenue**<br>Bankruptcy Division<br>PO Box 280946<br>Harrisburg, PA 17128-0946 | (15128628)<br>(cr) |
| **Philadelphia Dept. of Revenue**<br>P.O. Box 148<br>Philadelphia, PA 19105 | (15111177)<br>(cr) |
| **Planet Home Lending**<br>321 Research Parkway<br>Suite 303<br>Meriden, CT 06450 | (15127732)<br>(cr) |

| | |
|---|---|
| **T-Mobile/ T-Mobile USA**<br>AIS Infosource, LP<br>4515 Santa Fe Ave.<br>Oklahoma City, OK 73118 | (15127733)<br>(cr) |
| **US Department of Education**<br>PO Box 16448<br>Saint Paul, MN 55116-0448 | (15177027)<br>(cr) |
| **Water Revenue Bureau**<br>c/o City of Philadelphia Law Department<br>Tax Litigation & Collections Unit<br>Bankruptcy Division, MSB<br>1401 John F. Kennedy Blvd., 5th Floor<br>Philadelphia, PA 19102-1595 | (15180192)<br>(cr) |