# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tarik Dawud Nasir<br>Debtor(s) | Chapter 13 |
| AVAIL HOLDING LLC<br>v.<br>Tarik Dawud Nasir<br>and<br>Kenneth E. West<br>Trustee | NO. 26-10914 DJB |

## ORDER

AND NOW, this day of , 2026 upon the filing of a Certification of Default by the Moving Party in accordance with the Order of the parties entered on June 30, 2026 it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow AVAIL HOLDING LLC and its successor in title to proceed IN REM with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1506 and 1508 Seybert Street Philadelphia, PA 19121.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

**Date: October 13, 2026**

United States Bankruptcy Judge.